```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**ISAAC LEVY,**

              **Plaintiff,**         20 cv 10545 (JGK)

    - against -                 <u>ORDER</u>

**CLOUDTALK, INC., ET AL.,**

              **Defendants.**

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    As discussed at today's conference, the parties should submit a letter by **March 12, 2021** describing the parties' proposed resolution of the issue of diversity jurisdiction, including any plans for any motion to dismiss and, if no motion, the time for answering the complaint.

    **SO ORDERED.**

**Dated:**    **New York, New York**
            **March 1, 2021**                    /s/ John G. Koeltl
                                                        **John G. Koeltl**
                                          **United States District Judge**