```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

ISAAC LEVY,

              Plaintiff,

      - against –

CLOUDTALK, INC., ET AL.,

              Defendants.

20-cv-10545 (JGK)

ORDER

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

The plaintiff may file an amended complaint by March 31, 2021.  By March 31, 2021, the plaintiff will also file a letter explaining the basis of diversity of citizenship jurisdiction.  The defendant may respond by April 9, 2021.  The parties are directed to appear at another conference on April 16, at 2:30 p.m.  Dial-in: 888 363-4749, with access code 8140049.  If the jurisdictional issue is unresolved after the April 16, 2021 conference, the parties may take jurisdictional discovery by May 17, 2021.

The defendant may move or answer the amended complaint by June 1, 2021.  If a motion is filed, the plaintiff's time to respond is June 15, 2021.  The defendant may reply by June 25, 2021.

    SO ORDERED.

Dated:   New York, New York
           March 23, 2021

                                       /s/ John G. Koeltl
                                         John G. Koeltl
                                United States District Judge