```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**ISAAC LEVY,**

            **Plaintiff,**

    - against -

**CLOUDTALK, INC.,**

            **Defendant.**

**20-cv-10545 (JGK)**

<u>ORDER</u>

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The defendant claims there is no subject matter jurisdiction because there is no complete diversity of citizenship.  Unless the parties agree otherwise, the defendant should file a motion to dismiss for lack of subject matter jurisdiction by April 30, 2021.  The plaintiff may respond by May 14, 2021.  The defendant may reply by May 24, 2021.  The Court will then determine whether to hold an evidentiary hearing.

    SO ORDERED.

**Dated:**    **New York, New York**
              **April 12, 2021**

                                                                   /s/ John G. Koeltl
                                                                      John G. Koeltl
                                                          **United States District Judge**