**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────

**ISAAC LEVY,**

                    **Plaintiff,**          **20 cv 10545 (JGK)**

       **- against -**            **ORDER**

**CLOUDTALK, INC.,**

                    **Defendant.**
───────────────────────────────

**JOHN G. KOELTL, District Judge:**

In light of the previous Order, see ECF No. 25, the
conference scheduled for April 16, 2021 is canceled.

      **SO ORDERED.**

**Dated:**     **New York, New York**
           **April 16, 2021**        **/s/ John G. Koeltl**
                               **John G. Koeltl**
                        **United States District Judge**