UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC LEVY,

               Plaintiff,

        - against -

CLOUDTALK, INC.,

               Defendant.

20-cv-10545 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant filed a motion to dismiss the Complaint on February 8, 2021. The plaintiff subsequently filed an Amended Complaint on March 31, 2021. The defendant filed a motion to dismiss the Amended Complaint on April 30, 2021. The first motion to dismiss, dated February 8, 2021, is denied without prejudice as moot. The Clerk is directed to close docket numbers 11-13

    SO ORDERED.

Dated:    New York, New York
           May 3, 2021

                                       John G. Koeltl
                               United States District Judge