

**STOLL, GLICKMAN & BELLINA** LLP ATTORNEYS

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6.8.21

May 6, 2021

Hon. John G. Koeltl
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

RE: Isaac Levy v. Cloudtalk, Inc.
     20-CV-10545 (JGK)

Your Honor-

I am Plaintiff's counsel in the above referenced matter. The parties have mediated the matter and reached a resolution in principle; we are thus requesting a stay of the briefing of the current motion to dismiss, pending finalization of the settlement.

Thank you for your consideration.

Sincerely Yours,

Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.

*The case is stayed. The parties should report on the status of the case by 5/21/21. So ordered.*

*5/7/21   JG Koeltl
U.S.D.J.*